IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **HERRON LEE JOHNSON,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| V. : | NO. 4:25-cv-00235-CDL-AGH |
| : | |
| **Sheriff GREG COUNTRYMAN,** : | |
| : | |
| **Respondent.** : | |
| : | |

### ORDER OF DISMISSAL

Petitioner Herron Lee Johnson has filed a petition for a writ of habeas corpus in this case. ECF No. 1. On review of Court records, the Court finds that the petition challenges the same detention that Petitioner is challenging in another pending case. *See Johnson v. Countryman*, Case No. 4:25-cv-00236-CDL-AGH. Moreover, the issues that Petitioner raises in this case are the same as those raised in the other pending case.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986).

Because the pleadings in these cases challenge the same detention and raise similar issues, the present action is duplicative of Petitioner's other pending case. Therefore, this

case is now **DISMISSED WITHOUT PREJUDICE**.   See *Curtis*, 226 F.3d at 138.

**SO ORDERED**, this 25th day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
